**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CURTIS FREENEY, *et al.,* | |
| Plaintiffs, | 2:14-cv-01792-JCM-VCF |
| vs. | |
| JAMES B. NUTTER & COMPANY, *et al.,* | |
| Defendants. | |

Before the court is the Discovery Plan and Scheduling Order (#14).

IT IS HEREBY ORDERED that a status hearing on the Discovery Plan and Scheduling Order (#14) is scheduled for 2:00 p.m., December 30, 2014, in courtroom 3D.

DATED this 16th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE