1  JOSEPH S. KISTLER, ESQ.
   Nevada Bar No. 3458
2  CASEY J. NELSON, ESQ.
   Nevada Bar No. 12259
3  JOSHUA O. IGELEKE JR, ESQ.
   Nevada Bar No. 13506
4  HUTCHISON & STEFFEN
   10080 West Alta Drive, Suite 200
5  Las Vegas, Nevada 89145
   Tel: (702) 385-2500
6  Fax: (702) 385-2086
   Email: jkistler@hutchlegal.com
7          cnelson@hutchlegal.com

8  *Attorneys for Plaintiff*

9  **UNITED STATES DISTRICT COURT**

10 **DISTRICT OF NEVADA**

11

12 CURTIS FREENEY, as trustee of the
   RUBINA A. FREENEY AND ATTEA C.
   FREENEY FAMILY TRUST AGREEMENT
13 u/a/d April 19, 1999,

                            Case No. 2:14-CV-01792-JCM-VCF

14              Plaintiff,

                            **STIPULATION AND ORDER FOR DISMISSAL**

15 vs.

16 JAMES B. NUTTER & COMPANY, a
   Missouri corporation; DOES I through X,
17 inclusive; and ROE ENTITIES I through X,
   inclusive
18
                Defendants.
19

20

21              **STIPULATION AND ORDER FOR DISMISSAL**

22     Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Curtis Freeney,

23 by and through his counsel of record, Hutchison & Steffen, LLC, and Defendant James B. Nutter &

24 Company, by and through its counsel of record, Holland & Hart LLP, hereby stipulate and agree that

25 //

26 //

27 //

28 //

the above-captioned case shall be dismissed in its entirety with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 30th day of April, 2015.     DATED this 22nd day of April, 2015.

HUTCHISON & STEFFEN, LLC            HOLLAND & HART LLP

*/s/ Casey J. Nelson*                */s/ SDT*

Joseph S. Kistler (3458)              Gregory S. Gilbert (6310)
Casey J. Nelson (12259)               Sean D. Thueson (8690)
Joshua O. Igeleke Jr. (13506)         9555 Hillwood Drive, 2nd Floor
Peccole Professional Park             Las Vegas, Nevada 89134
10080 West Alta Drive, Suite 200      Tel: (702) 669-4600
Las Vegas, Nevada 89145               Fax: (702) 669-4650
Tel: (702) 385-2500                   gsgilbert@hollandhart.com
Fax: (702) 385-2086                   sdthueson@hollandhart.com
jkistler@hutchlegal.com
cnelson@hutchlegal.com                *Attorney for Defendant*

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

*/s/ James C. Mahan*
U.S. DISTRICT COURT JUDGE

DATED: May 1, 2015